IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00467–WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROYBAL WHITEMAN,

    Defendant.

## ORDER TRANSFERRING CASE

    Pursuant to Rule 50.1A of the United States District Court for the District of Colorado Local Rules of Practice, and upon the finding that certain economies may be served if all pending cases against Defendant Roybal Whiteman are handled by one district judge, and with the approval of Judge Wiley Y. Daniel, it is

    **ORDERED** that this case be transferred from Judge Daniel to Chief Judge Edward W. Nottingham. All further proceedings will be held before Judge Nottingham.

    Dated this 5th day of December, 2007.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            Chief United States District Judge